; Núm. 7879.—Schwab, etc., apldos. *v.* Corte, dmdada. y Varela, aplte.—Julio 13, 1939.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

POR CUANTO, los peticionarios apelados solicitan de este Tribunál les conceda la suma de $75 por concepto de honorarios de abogado;

POR CUANTO, de acuerdo con el artículo 327 del Código de Enjuiciamiento Civil, según quedó enmendado por la Ley 94 de 1937 (Leyes de ese· año, pág. 239), para este Tribunal poder conceder tales honorarios es necesario que la apelación haya sido frívola o la parte apelante temeraria, o que al tratarse de un procedimiento extraordinario esté envuelto el interés público;

POR CUANTO, no existe en este caso ninguna de las circunstancias especiales prescritas por el artículo antes citado,

POR TANTO, no ha lugar a lo solicitado.

Los Jueces Presidente Sr. Del Toro y Asociado Sr. Travieso, no intervinieron.